# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CLEM COMMERS, as Chairman and MAYNARD BRAU, as Secretary of the Twin City Floor Covering Industry Pension Fund; CLEM COMMERS, as Chairman and MAYNARD BRAU, as Secretary of the Twin City Floor Covering Industry Fringe Benefit Trust Fund, and their successors,

Plaintiffs,

vs.

C & F INSTALLATION, INC., FLOOR COVERING SPECIALTIES, LLC, C. CRAIG FAIRCLOTH, individually, and JANICE CICHOSKI, individually,

Defendants.

Civil No. 04-1596 (JRT/JSM)

**ORDER**

---

Pamela Hodges Nissen, **McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB**, 800 Nicollet Mall, Suite 2600, Minneapolis, Minnesota 55402, for plaintiff.

Craig T. Dokken, **HENNINGSON & SNOXELL, LTD.**, 6900 Wedgwood Road, Suite 200, Maple Grove, Minnesota 55311, for defendants.

Pursuant to the Stipulation of the parties, this matter is hereby dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 31, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge